IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| BERTHA ALLEN, | ) |
| PLAINTIFF, | ) ) ) |
| vs. | ) Civil Action No. 5:13CV110 DCB-MTP ) ) |
| MURRAY P. WHITAKER, M.D. AND MEDTRONIC, INC., | ) ) ) |
| DEFENDANTS. | ) ) |

## AGREED JUDGMENT OF DISMISSAL OF DEFENDANT MEDTRONIC, INC.

This cause is before the Court on the *ore tenus* motion of the Plaintiff for dismissal with prejudice Defendant Medtronic, Inc. from this civil action. The Court, having considered the motion, finds the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the claims of the Plaintiff against Defendant Medtronic, Inc. be, and they are hereby, dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

**SO ORDERED AND ADJUDGED**, this 21st day of August, 2013.

s/David Bramlette
HONORABLE DAVID BRAMLETTE III
UNITED STATES SENIOR DISTRICT JUDGE

SUBMITTED BY:

*/s/ Felecia Perkins*

**FELECIA PERKINS, ESQ.**
Mississippi Bar Number 10078
**JESSICA AYERS, ESQ.**
Mississippi Bar Number 103685
LAW OFFICE OF FELECIA PERKINS, P.A.
P.O. Box 21
Jackson, Mississippi 39205-0021
Office: (601) 352-5053
Facsimile: (601) 355-0173
felecia@feleciaperkins.com
jessica@feleciaperkins.com
*Counsel for Bertha Allen*

AGREED TO BY:

*/s/ Adam J. Spicer*

**ADAM J. SPICER, ESQ.**
Mississippi Bar Number 102880
**CHRISTY D. JONES, ESQ.**
Mississippi Bar Number 3192
**BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC**
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
christy.jones@butlersnow.com
adam.spicer@butlersnow.com

Of Counsel:
**Lori G. Cohen, Esq.**
Georgia Bar No. 174455
**Sara K. Thompson, Esq.**
Georgia Bar No. 601177
**Prince N. Njoku, Esq.**
Illinois Bar No. 6302652
**GREENBERG TRAURIG, LLP**
3333 Piedmont Road, N.E., Suite 2500
Atlanta, GA 30305
Telephone: (678)553-2100
Facsimile: (678)553-2212
cohenl@gtlaw.com
thompsons@gtlaw.com
njokup@gtlaw.com
*Pro Hac Vice*

*Counsel for Medtronic, Inc.*